UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALICE Y. LEUNG,

               Plaintiff,

– *against* –

KASPER GROUP LLC *and* DINO VARILE

               Defendants.

**ORDER**

17-cv-2753 (ER)

Ramos, D.J.:

    At a conference held on April 21, 2020, the Court stayed the instant case pending the related Nine West bankruptcy matter and directed the parties to inform the Court within 48 hours of the resolution of the bankruptcy matter. Apr. 21, 2020 Min. Entry. The Court understands that the Nine West bankruptcy matter has been closed, but the parties have filed no status update in the instant case.

    The parties are directed to file a status update by May 31, 2024.

    It is SO ORDERED.

Dated:   May 10, 2024
            New York, New York

                                                     Edgardo Ramos, U.S.D.J.